UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE CHEROKEE BROWN,

Plaintiff,

v.

M. GOLD,

Defendant.

Case No.  2:26-cv-1396-JDP (P)

ORDER; FINDINGS AND RECOMMENDATIONS

Plaintiff, a state prisoner, has filed an amended complaint that vaguely alleges that defendant M. Gold, a psychologist at the California Healthcare Facility, violated his First and Eighth Amendment rights by denying him adequate medical care and retaliating against him for filing, or planning to file, federal lawsuits.  Before this action can proceed, however, plaintiff must pay the filing fee because he is a "three-striker" within the meaning of Title 28 U.S.C. § 1915(g).  Plaintiff has had at least three cases effectively dismissed for failure to state a claim upon which relief can be granted: (1) *Brown v. Castrillo*, 2:19-cv-0248-MCE-CKD (P), dismissed February 6, 2020 for failure to state a claim; (2) *Brown v. Gutierrez*, 2:21-cv-0655-JAM-CKD (P), dismissed June 29, 2021 for seeking monetary damages from a defendant immune from suit; (3) *Brown v. Katz*, 2:21-cv-2288-JAM-EFB (P), dismissed March 16, 2022 because claim was

1

barred by prior settlement;[1] and (4) *Brown v. People of the State of California*, 5:04-cv-2540-JW (Northern District), dismissed March 15, 2005, on screening because cause of action had not accrued.

Plaintiff might be entitled to proceed *in forma pauperis* in spite of this status, if he alleged he was in imminent danger.  The claims do not make such an allegation insofar as they relate to events that occurred in June 2025 and do not appear to be ongoing.

Accordingly, it is ORDERED that the Clerk of Court shall assign a district judge to this action.

Further, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED and plaintiff be directed to tender the filing fee within twenty-one days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    April 24, 2026                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Other courts have found that dismissal on res judicata grounds can generate a "strike" under the PLRA.  *See Lamon v. Pfeiffer*, No.: 1:20-cv-00896-AWI-SAB (PC), 2021 U.S. Dist. LEXIS 153114, *10-11 (E.D. Cal. Aug. 13, 2021).