UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br>Plaintiff,<br>v.<br>M. GOLD,<br>Defendant. | Case No. 2:26-cv-1396-DC-JDP (P)<br><br>ORDER |

On April 24, 2026, I recommended that plaintiff's application to proceed *in forma pauperis* ("IFP"), ECF No. 2, be denied because he is a "three-striker" within the meaning of section 1915(g). ECF No. 6. Those recommendations are pending before the district judge. Plaintiff has filed a combined document containing his objections to my recommendations and a motion to amend complaint. ECF No. 7. He has also filed his proposed amended complaint. ECF No. 8.

Plaintiff's motion to amend is granted. His first amended complaint does not alter the analysis as far as the denial of his IFP application is concerned. It fails to meet federal pleading standards because it does not indicate precisely which claims or how many defendants are at issue. Nor does it cogently describe any intelligible allegations by which I could infer the existence of imminent danger.

Additionally, plaintiff has filed a notice requesting the status of the filing fee in this case.

ECF No. 10. He states that his mother submitted a check on his behalf. *Id.* at 1. I have confirmed with the court finance office that no funds have been tendered toward the filing fee in this case.

Accordingly, it is ORDERED that:

1. Plaintiff's request to amend, ECF No. 7, is GRANTED. The first amended complaint, ECF No. 8, fails to state a cognizable claim and it does not alter the filing fee analysis.

2. This action will proceed when plaintiff pays the filing fee, or if my recommendations are not adopted.

IT IS SO ORDERED.

Dated: July 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE